# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HUGO RIZO-RIZO,<br><br>　　　　　　　　Defendant. | Case No.: 19-CR-3494-GPC<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, **IT IS ORDERED** that the Information in Criminal Case No. 19CR3494-GPC against defendant HUGO RIZO-RIZO be, and hereby is, dismissed without prejudice;

**IT IS SO ORDERED.**

Dated: October 9, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　United States District Judge